## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

NARRAGANSETT JEWELRY CO., INC.
d/b/a C&J JEWELRY CO., INC.
       Plaintiff,

       v.                        C.A. No. 05-225T

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY
       Defendant.

### ORDER

    It is hereby ordered that the claim of bad faith in Count II is severed from the remainder of the Complaint. The claim for indemnity and/or defense shall be tried first.

                                          By Order,

                                          /s/
                                          Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres, Chief Judge

Date: May 4, 2006