**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NARRAGANSETT JEWELRY CO., INC.,
Plaintiff,

vs.                                             C.A. No. 05-225T

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,
Defendant

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

> Judgment hereby enters for the Defendant St. Paul Fire and Marine Insurance Company pursuant to the November 26th, 2007 Memorandum and Order granting Defendant's Motion for Summary Judgment.

                                    Enter:

                                    _____
                                    Deputy Clerk

Dated: November 26th, 2007